UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN GRIFFIN HEADRICK,

        Petitioner,

v.

RICHARD MORGAN,

        Respondent.

Case No. C05-5228RJB

ORDER DISMISSING PETITION

    The Court, having reviewed the petition for *habeas corpus*, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, petitioner's objections, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Petitioner's federal *habeas corpus* petition is DISMISSED.

    (3)    The Clerk is directed to send copies of this Order to petitioner and to Judge Strombom.

DATED this 15th day of July, 2005.

*/s/ Robert J. Bryan*
Robert J. Bryan
U.S. District Judge

ORDER
Page - 1